# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMPAGNIE DES GRANDS HÔTELS D' AFRIQUE S.A., <br><br> Plaintiff, <br><br> v. <br><br> STARWOOD CAPITAL GROUP GLOBAL I LLC and STARMAN HOTEL HOLDINGS LLC, <br><br> Defendants. | C.A. No. _____ <br><br> Underlying Litigation: <br> 1:18-cv-654-RGA <br> United States District Court <br> District of Delaware |

## PLAINTIFF'S MOTION TO COMPEL NON-PARTY BARRY STERNLICHT TO COMPLY WITH DEPOSITION SUBPOENA

Pursuant to Federal Rules of Civil Procedure 30 and 45, plaintiff Compagnie des Grands Hôtels d'Afrique S.A. ("CGHA") respectfully moves to compel non-party Barry Sternlicht to comply with a Rule 45 subpoena for testimony that was duly-issued in the United States District Court for the District of Delaware and duly-served through counsel for Mr. Sternlicht. Specifically, CGHA requests that this Court issue an order compelling Mr. Sternlicht to appear at a deposition within fourteen (14) days from entry of the order. CGHA further requests its fees and expenses incurred in connection with this motion pursuant to Rule 45(f). The grounds for this motion are set forth in a memorandum of law filed contemporaneously herewith.

Counsel for CGHA has met-and-conferred regarding this motion with counsel for Mr. Sternlicht, who are also counsel for the sole remaining defendant, Starman Holdings LLC ("Starman"). Counsel for Mr. Sternlicht and Starman have confirmed that Mr. Sternlicht and Starman oppose the instant motion.

Respectfully submitted,

MCCARTER & ENGLISH, LLP

*Of Counsel*:

David Spears
Charlita Mays
Cynthia Chen
SPEARS & IMES LLP
51 Madison Avenue
New York, NY 10010
(212) 213-6996
dspears@spearsimes.com
cmays@spearsimes.com
cchen@spearsimes.com

*/s/ Thomas J. Finn*
Thomas J. Finn (#20929)
Paula Cruz Cedillo (#23485)
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel.: (860) 275-6700
Fax: (860) 724-3397

Michael P. Kelly
Andrew S. Dupre
Sarah E. Delia
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
adupre@mccarter.com
sdelia@mccarter.com

*Attorneys for Plaintiff Compagnie des Grands Hôtels d'Afrique S.A.*

Dated: September 4, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2019, Compagnie des Grands Hôtels d'Afrique S.A.'s Motion to Compel Non-Party Barry Sternlicht to Comply with Deposition Subpoena, along with the supporting documents, was filed electronically and served by electronic mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

In addition, the following persons have been served by e-mail:

*Counsel for Defendant Starman Hotel Holdings, LLC and non-party Barry Sternlicht*

David E. Ross, Esq.
Sean Michael Sirkin, Esq.
ROSS ARONSTAM & MORITZ, LLP
100 S. West Street, Suite 400
Wilmington, Delaware 19801
dross@ramllp.com
msirkin@ramllp.com

Jeffrey L. Willian, P.C., Esq.
Devora W. Allon Esq.
Brandon W. Chamberlin Esq.
Vera C. Esses Esq.
Gilad Y. Bendheim Esq.
Hayley Sarah Stern Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
jeffrey.willian@kirkland.com
devora.allon@kirkland.com
bchamberlin@kirkland.com
vera.esses@kirkland.com
gilad.bendheim@kirkland.com
haley.stern@kirkland.com

 */s/ Thomas J. Finn*
 Thomas J. Finn (ct20929)